

September 30, 2025

William M. Conley
U.S. District Court Judge
United States District Court
Western District of Wisconsin
P.O. Box 431
Madison, WI 53701

Re: Holden et al. v. Arbor Green, Inc., et al.
Case No. 23-CV-461

Dear Judge Conley:

Attached to this letter please find an Amendment to the parties' Settlement Agreement that has been signed by all parties. I am writing this letter to briefly explain to the Court the purpose of the Amendment.

At the July 2, 2025 telephone conference with counsel for the above-captioned parties to discuss the parties' preliminary request for approval of the parties' settlement, the Court suggested that the parties make two modifications to their Settlement Agreement: (1) to limit the release for Collective Members to the time period through December 31, 2023 only; and (2) to remove the Confidentiality Article from the Settlement Agreement. The parties have agreed to these changes.

There is authority which suggest that under Rule 23(e) of the Federal Rules of Civil Procedure, a court may only approve or reject a settlement agreement but cannot require the parties to accept a settlement to which they have not agreed. *See Evans v. Jeff D.*, 475 U.S. 717, 727 (1986); *Schulte v. Fifth Third Bank*, 805 F. Supp. 2d 560, 591-592 (N.D. IL. 2011).

To ensure compliance with Rule 23(d), the parties have agreed to and signed an Amendment to their Settlement Agreement which incorporates the Court's comments from the July 2, 2025 hearing, so that at the Final Approval hearing the Court can approve the Settlement Agreement agreed upon by the parties.

Very truly yours,

THE PREVIANT LAW FIRM S.C.

BY  *Yingtao Ho*

    YINGTAO HO
    yh@previant.com
    414-223-0437

YH:yh

Enclosure